UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO:

FEDERAL NATIONAL MORTGAGE
ASSOCIATION

        PLAINTIFF

v.

DAVID J. COLIZZI AND STURTEVANT
ACRES OWNERS' ASSOCIATION

        DEFENDANTS

## COMPLAINT FOR FORECLOSURE

NOW COMES the Plaintiff, Federal National Mortgage Association, by and through its attorneys, Bendett & McHugh, P.C., and complains against the Defendants pursuant to 14 M.R.S. § 6321 et seq., saying further as follows:

### JURISDICTION AND VENUE

1. This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

1

2. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

3. Federal National Mortgage Association, ("Plaintiff") is a corporation organized and existing under the laws of the United States of America, having a principal place of business at 3900 Wisconsin Avenue, NW, Washington, DC 20016-3899.

4. The Defendant, David J. Colizzi, is a resident of Oakland, County of Kennebec and State of Maine.

5. The Defendant, Sturtevant Acres Owners' Association, upon information and belief, has an address located c/o Craig E. Sturtevant, 129 Ellis Pond Road, Oakland, ME 04963.

## FACTS

6. Defendant David J. Colizzi is the owner of certain real property located at 9 Woodfield Drive, Oakland, Maine (the "Premises") by virtue of a deed from William S. Davis Sr. and Sheila Davis, dated March 14, 2008, and recorded in the Kennebec County Registry of Deeds on March 27, 2008 in Book 9677 at Page 248 and being more particularly described by the attached legal description.  *See* Exhibit A.

7. On June 4, 2015, the Defendant, David J. Colizzi, executed and delivered to Green Tree Servicing LLC a certain promissory note in the original principal amount of $209,700.00 (the "Note").  *See* Exhibit B.

8. The Plaintiff is entitled to enforce the Note as the Note is endorsed in blank.

9. Plaintiff certifies that the owner of the Note is Federal National Mortgage Association.

10. To secure said Note, in the amount of $209,700.00, the Defendant, David J. Colizzi, executed and delivered a Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Green Tree Servicing LLC, dated June 4, 2015 and recorded in the Kennebec County Registry of Deeds in Book 12012 at Page 185 securing the property located at 9 Woodfield Drive, Oakland, ME, 04963 (the "Mortgage). *See* Exhibit C.

11. Said Mortgage was assigned from Ditech Financial, LLC to Plaintiff by an Assignment of Mortgage, dated April 12, 2018 and recorded on April 12, 2018 in Book 12881 at Page 321 of the Kennebec County Registry of Deeds. *See* Exhibit D1.

12. Said Mortgage was assigned from Mortgage Electronic Registration Systems, Inc. as nominee for Ditech Financial, LLC to Ditech Financial, LLC by an Assignment of Mortgage, dated April 5, 2018 and recorded on April 5, 2018 in Book 12876 at Page 220 of the Kennebec County Registry of Deeds. *See* Exhibit D2.

13. Plaintiff, directly or through its agent, is in possession of the original Note, Mortgage and any assignment.

14. Plaintiff is the party entitled to collect the debt evidenced by said Note and is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

15. Defendant Sturtevant Acres Owners' Association claims or may claim an interest in the Premises, if there are any delinquent association fees for assessments as such against the property pursuant to 33 M.R.S.A. §1603-116. *See* Exhibit A.

16. Defendant David J. Colizzi is presently in default of the Note, having failed to make the monthly payment due May 1, 2017, and having failed to make all payments due

thereafter. As a result thereof, Defendant David J. Colizzi has breached a condition of the Mortgage.

17. In compliance with the Note and Mortgage and/or 14 M.R.S.A. § 6111, on or about August 24, 2018, Plaintiff sent a Notice of Default to the mortgagor and any co-signor against whom the mortgagee is enforcing the obligation secured by the mortgage, by certified mail, return receipt requested and/or by regular mail, postage prepaid (herein after referred to as the "Demand Letter"). *See* Exhibit E.

18. The Defendant, David J. Colizzi, has failed to cure the default prior to the expiration of the Demand Letter. In accordance with the Note and the Mortgage, the Plaintiff has declared the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage to be presently due and payable.

19. The total unpaid principal balance owed under the Note and Mortgage as of September 12, 2018 is $203,413.05plus interest, late charges, expenses and reasonable attorney's fees and costs.

20. Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

21. Upon information and belief, the Defendant, David J. Colizzi, is presently in possession of the subject property originally secured by the Mortgage.

## **COUNT I – FORECLOSURE**

22. The Plaintiff, Federal National Mortgage Association, repeats and realleges paragraphs 1 through 21 as if fully set forth herein.

23. This is an action for foreclosure and title to real estate located at 9 Woodfield Drive, Oakland, ME, 04963, County of Kennebec, and State of Maine. *See* Exhibit A.

24. The Plaintiff, Federal National Mortgage Association, is the holder of the Note pursuant to endorsement in blank by the previous holder and physical possession of the Note. As such, Plaintiff has the right to foreclosure upon the subject property.

25. Federal National Mortgage Association is the current owner and investor of the Mortgage and Note.

26. The Defendant, David J. Colizzi, is presently in default on said Mortgage and Note, having failed to make the monthly payment due. As a result, David J. Colizzi has breached the condition of the Mortgage and Note.

27. The total unpaid principal balance owed under the Note and Mortgage as of September 17, 2018, is $203,413.05 plus interest, late charges, expenses and reasonable attorney's fees and costs.

28. The record established through the Kennebec County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

29. By virtue of the Defendant's breach of condition, the Plaintiff, Federal National Mortgage Association, hereby demands a foreclosure on said real estate.

30. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, David J. Colizzi, on August 24, 2018 as evidenced by the Certificate of Mailing. *See* Exhibit F.

31. The Defendant, David J. Colizzi, is not in the Military as evidenced by the attached Exhibit G.

## COUNT 11 – UNJUST ENRICHMENT

32. The Plaintiff, Federal National Mortgage Association repeats and re-alleges paragraphs 1 through 31 as if fully set forth herein.

33. Mortgage Electronic Registration Systems, Inc., as nominee for Green Tree Servicing LLC, predecessor-in-interest to Federal National Mortgage Association, loaned the Defendant, David J. Colizzi, $209,700.00.  *See* Exhibit B.

34. The Defendant, David J. Colizzi, has failed to repay the loan obligation pursuant to the terms of the Note and Mortgage.

35. As a result, the Defendant, David J. Colizzi, has been unjustly enriched to the detriment of the Plaintiff, Federal National Mortgage Association, as successor-in-interest to Mortgage Electronic Registration Systems, Inc., as nominee for Green Tree Servicing LLC by having received the benefits described above without repayment pursuant to the terms of the Note and Mortgage.

36. As such, the Plaintiff, Federal National Mortgage Association, is entitled to relief

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiff, Federal National Mortgage Association, prays this Honorable Court:

Find that the Defendant entered into a contract for a sum certain in exchange for a security interest in the subject property.

    a.  Determine that there has been a breach of condition of the Mortgage;

b. Find that Plaintiff, Federal National Mortgage Association, is entitled to enforce the terms and conditions of the Note and Mortgage;

c. Determine the amounts due under the Note and secured by the Mortgage, including principal, interest, reasonable attorney's fees, court costs and other expenses;

d. Find that the Defendant is liable for any deficiency balance remaining due to Plaintiff after the sale of the mortgaged real estate and application of the proceeds of sale (this prayer is void for any Defendant that did not execute the Note or Guaranty and for any Defendant who has been granted discharge in bankruptcy);

e. Issue a Judgment of Foreclosure and Sale in conformity with Title 14, M.R.S. § 6322;

f. Order exclusive possession of the real estate to Plaintiff upon the expiration of the statutory ninety (90) day period of redemption and direct the clerk to issue a Writ of Possession at the request of Plaintiff;

g. Find that by virtue of the Note and Mortgage, the Defendant, David J. Colizzi, has been unjustly enriched at the Plaintiff's expense; and

      h.  Order such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Federal National Mortgage Association

By its Attorneys,
BENDETT & MCHUGH, P.C.

Dated: January 8, 2019          By: /s/ Carly J. Traub, Esq.  Bar No.: 5612
MECourtMailings@bmpc-law.com

/s/ Santo Longo, Esq.  Bar No.: 5192
MECourtMailings@bmpc-law.com

/s/ Andrew J. Schaefer, Esq.  Bar No.: 5770
MECourtMailings@bmpc-law.com

/s/ Tristan E. Birkenmeier, Esq.  Bar No.: 5283
MECourtMailings@bmpc-law.com

Attorneys for Plaintiff
Bendett & McHugh, PC
30 Danforth Street, Suite 104
Portland ME, 04101
207-221-0016
MECourtMailings@bmpc-law.com